IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**LOYD W. TUTOR, JR.,**

    **Defendant.**                        **Case No. 09-cr-30146-DRH**

## ORDER

**HERNDON, Chief Judge:**

Before the Court is defendant Tutor, Jr.'s Motion to Continue (Doc. 115). Defendant seeks to continue the sentencing, which is scheduled for March 26, 2010, because counsel for Defendant has addressed a number of factual matters which may need to be revised within the Presentence Report, and additionally, and more importantly, there are certain investigative matters which need to be addressed by defense counsel prior to defendant's sentencing herein as it relates to Defendant's relationship with various other Defendants. Accordingly, the Court **GRANTS** Defendant's Motion to Continue (Doc. 115). As such, the sentencing hearing for defendant Loyd Tutor, Jr., is hereby reset for **Friday, May 28, 2010 at 9:00 a.m.**

    **IT IS SO ORDERED.**

Signed this 19th day of February, 2010.

                                            /s/ David R Herndon

                                            **Chief Judge**
                                            **United States District Court**